946 F.2d 1414w
 ACF INDUSTRIES, INC.; General American Transportation
Corporation; General Electric Railcar Services Corporation;
Pullman Leasing Company; Railbox Company; Railgon
Company; Trailer Train Company; Union Tank Car Company,
Plaintiffs-Appellants,
v.
DEPARTMENT OF REVENUE OF the STATE OF OREGON, Richard A.
Munn, in his capacity as Director of the
Department of Revenue of the State of
Oregon, Defendant-Appellee.
 No. 90-35402.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Jan. 8, 1991.
Decided Oct. 9, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION